UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RANDALL I. LAHR, SR., )<br>)<br>Petitioner, )<br>v. )<br>)<br>THOMAS HANLON, Superintendant )<br>)<br>Respondent. ) | No. 1:07-cv-1149-RLY-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 1/9/2008

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Randall I. Lahr Sr.
DOC # 910772
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064